IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ ___ D.C.
05 NOV 28 PM 5: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. <u>05-20273-D</u> |
| EUGENE LEACH, | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

**IT IS HEREBY ORDERED** that the Government's Motion to Continue Sentencing Hearing is hereby **GRANTED**, and is now reset for _Thursday, December 8, 2005 @ 1:30 PM_, with time excluded under the Speedy Trial Act.

**IT IS SO ORDERED** this the 28th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

Date: 11-21-05
Approved: _____
E. Greg Gilluly, Jr.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-29-05

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20273 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT